# United States District Court

_____Eastern_____ **DISTRICT OF** _____Michigan_____

UNITED STATES OF AMERICA

V.

Robert Clark Johnson
DOB: 09/22/1976
222 Giles Blvd. East
Windsor, Ontario, Canada  N9A 4C2

### CRIMINAL COMPLAINT

CASE NUMBER: **05-81116**

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.  On December 12, 2005,  in Wayne County, in the Eastern District of Michigan defendant(s) did, _(Track Statutory Language of Offense)_

bring aliens to the United States , and aided and abetted the bringing of such aliens to the United States, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States and did so for the purpose of private financial gain,

in violation of Title ___8___ United States Code, Section(s) ___1324(a)2 and (a)(2)(B)(ii)___

I further state that I am a U.S. Immigration and Customs Enforcement Special Agent and that this complaint is based on the following facts:

### See Attached Affidavit

Continued on the attached and made a part hereof:        _X_ Yes    _ No

_Signature of Complainant_
Jason Beever, Special Agent

Sworn to before me and subscribed in my presence,

___12/9/05___
Date

_____ at Detroit, Michigan
City and State

___U.S. Magistrate Judge___
Name & Title of Judicial Officer

_Signature of Judicial Officer_

## AFFIDAVIT

I, Jason Beever, being duly sworn, do hereby depose and state:

1)   I have been a Special Agent (SA) with Immigration and Customs Enforcement (ICE) for the past four years. I have completed a four-month Criminal Investigator and Customs Basic Enforcement training class at the Federal Law Enforcement Training Center in Glynco, Georgia.

2)   On December 8, 2005, at approximately 3:30 p.m., Robert Clark JOHNSON attempted to enter the United States via the Detroit/Windsor Tunnel driving a 2002 Pontiac Grand Prix. According to Customs and Border Protection (CBP) Officer Speiker, JOHNSON stated that the vehicle belonged to him and that he was going shopping in the United States. CBP Officer Speiker referred JOHNSON and his vehicle for a secondary examination due to JOHNSON'S apparent nervousness and his unapproved use of the NEXUS lane.

3)   During further inspection of JOHNSON'S vehicle by CBP Officers Kuhn, Hutchins, and Salts, two undocumented aliens were discovered hidden in the trunk. Both subjects are Chinese citizens with no travel documentation necessary to enter the United States.

4)   Immigration and Customs Enforcement (ICE) Special Agents (S/A) arrived to interview JOHNSON at approximately 5:15 p.m. JOHNSON was advised of his rights and signed a written waiver of same.

5)   During the interview, JOHNSON claimed that an individual he knew only as "Hunt" had asked him to smuggle the two illegal aliens into the United States hidden in the trunk of his car. JOHNSON was to be paid a total of $800 to take the two individuals to the Greyhound bus station in Detroit, Michigan, where he was to buy bus tickets for them to New York City. JOHNSON also provided ICE Agents with a written statement indicating financial trouble as his motive for the smuggling attempt.

Based on the above stated information, your affiant believes that there is probable cause to believe that Robert JOHNSON did violate Title 8, United States Code, Section 1324(a)2 and (a)(2)(B)(ii), that is, bring aliens to the United States, and aided and abetted the bringing of such aliens to the United States, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States and did so for the purpose of private financial gain.

1

Jason Beever, Special Agent
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 9th day of December 2005.

Hon.
United States Magistrate Judge

2